EVA P. CROPSEY, complainant-appellant,

v.

CHARLES D. CROPSEY, defendant-respondent.

[Decided March 4th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported *ante* p. 491.

*Messrs. Ziegener & Lane,* for the appellant.

*Mr. Robert Carey,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—14.

*For reversal*—None.